*Nov. Term, 1834.*

BROWN
v.
WHITE.

----

## BROWN v. WHITE, in Error.

*BASIL BROWN* and *George W. L. White* were partners in a
certain business, and dissolved their partnership in *February*,
1833.    By the article of agreement dissolving the partnership,
*Brown*, in consideration of *White's* relinquishment of his interest
in the partnership property, agreed to pay *White* 600 dollars,
one half in the month of *June* following, and the other half
within twelve months, and to discharge the debts of the firm
and indemnify *White* from the payment of the same: "For the
performance of which," as the agreement stated, "*Brown* was
to give to the said *White* security."

In an action of covenant by *White* against *Brown* on this
agreement, in which the plaintiff averred performance of his
part and recovered, the following points were decided:—

1. The security contemplated by the agreement to be given
by *Brown*, was for his payment of the 600 dollars, as well as
for his performance of the other covenants.

*Friday, November 28.*

2. For a breach of any of *Brown's* covenants in the agreement, a suit might be sustained against him by *White*, without an averment in the declaration that a performance had been previously requested.

3. Promissory notes executed by *Brown* alone, were not the security for the payment of the 600 dollars, which was required by the agreement.

*J. Morrison*, for the plaintiff.

*C. Fletcher* and *W. Quarles*, for the defendant.